Dominga, José y Luis Agosto y Rosado, demandantes y apelantes, v. Manuel González, Santiago Cabrer hoy su Sucesión, y Anastasia y Tomasa Agosto Maldonado, demandados y apelados.

No. 5827.—*Sometido:* Diciembre 9, 1932. *Resuelto:* Julio 29, 1933.

*M. Benítez Flores,* abogado de los apelantes; *V. M. Fernández,* abogado de los apelados.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Los demandantes alegan que ellos y dos hermanas que figuran como demandadas por no haber querido ser demandantes, son dueños de una finca de cincuenta cuerdas de terreno que describen: que uno de los demandados, Manuel González, está detentando treinta cuerdas de esa finca y que el otro demandado, Sucn. Cabrera, detenta las otras veinte cuerdas restantes de ella: que los demandados formalizaron expediente de dominio de dicha finca alegando que les pertenecía en plena propiedad con justo título y buena fe, constándoles a ciencia cierta que pertenece en su totalidad a los hermanos Agosto demandantes. En la segunda causa de acción se alegan los frutos que esas dos parcelas han producido. En la súplica de la demanda se interesa que se declaren nulos los expedientes de dominio tramitados sobre dicha finca y también sus inscripciones en el registro de la propiedad: que la finca de cincuenta cuerdas pertenece a los de-

mandantes y a sus hermanas demandadas y que se condene a cada uno de los demandados al pago de los frutos que han producido las respectivas porciones que detentan.

Contra esa demanda se interpusieron las excepciones previas autorizadas por los números 4, 5 y 7 del artículo 105 del Código de Enjuiciamiento Civil, a saber: que tiene indebida acumulación de partes demandadas: que varias acciones han sido indebidamente acumuladas: y que es ambigua, ininteligible y dudosa. La Corte de Distrito de San Juan declaró con lugar las excepciones alegadas y a instancia de los demandantes dictó sentencia por la que declaró sin lugar la demanda y fué interpuesta esta apelación.

Los motivos alegados para sostener este recurso son: que la corte inferior cometió error al declarar con lugar dichas excepciones y al dictar la sentencia apelada.

■ Se alega en la demanda que Manuel González está detentando treinta cuerdas de terreno de la finca de cincuenta cuerdas que los demandantes alegan pertenecer a ellos y a sus hermanas demandadas y que la Sucn. Cabrera está detentando las otras veinte cuerdas de la misma finca, pero no dice que la detentación de uno y de otro demandado tenga alguna relación entre sí, ni que ambos tramitaron conjuntamente el expediente de dominio, y más bien aparece que cada uno tramitó un expediente de esa naturaleza para la respectiva porción de terreno que están ocupando pues se solicita la declaración de nulidad de los expedientes de dominio que formalizaron, por lo que no apareciendo de la demanda que exista alguna relación o nexo entre los dos demandados, ambos han debido ser demandados separadamente, pues no se ve razón alguna para que sean demandados conjuntamente, toda vez que puede darse el caso de que el título de uno de ellos sea bueno y el del otro no. No se alega hecho alguno por el cual pueda concluirse que declarado nulo el título de uno de ellos el del otro tenga que seguir necesariamente la misma suerte. Por esto es que entendemos que existe indebida acumulación de partes demandadas, como declaró la corte

inferior, por falta de nexo jurídico entre ambos demandados. Quizá exista tal nexo pero los demandantes no quisieron enmendar su demanda para alegarlo.

En cuanto a la indebida acumulación de acciones o de causas de acción, si bien es cierto que demandados independientemente Manuel González o la Sucn. Cabrera han podido acumularse contra cualquiera de ellos las acciones ejercitadas de nulidad de expediente de dominio, de reivindicación y de reclamación de frutos, no son acumulables cuando se alegan contra demandados que no tienen relación común, o nexo jurídico, según dijimos antes, en el pleito, pues acciones ejercitadas contra uno de ellos no afectan al otro demandado.

La demanda adolece, además, de ambigüedad y es dudosa porque de la descripción que hace de la porción de veinte cuerdas por sus colindantes no aparece que esté comprendida o forme parte de la finca de cincuenta cuerdas a la que se dice pertenecer; y porque no se sabe por la demanda si se pretende la declaración de nulidad de un expediente de dominio o de dos, ni dónde fué o fueron tramitados y su fecha, todo lo que haría difícil, más bien imposible, una adecuada contestación de los demandados.

En vista de que los demandantes no quisieron enmendar su demanda después de esa declaración de excepciones y de que ellos solicitaron que se dictase sentencia, no tienen motivo alguno ahora para alegar que la corte no debió haber dictado esa sentencia y *debe ser confirmada.*